# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-3661

_____

Julia Judith Ramos-Gomez; Auner Neymar Ramos-Gomez; Yeison Alexander Bama-Ramos

*Petitioner*s

v.

Merrick B. Garland, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: July 21, 2021
Filed: August 2, 2021
[Unpublished]

_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Guatemalan native and citizen Julia Judith Ramos-Gomez (Ramos-Gomez) sought asylum, individually and on behalf of her minor sons, Auner Neymar Ramos-Gomez and Yeison Alexander Bama-Ramos, based on her membership in a proposed particular social group defined as "single Guatemalan mothers of young

children."[1]  An immigration judge denied her asylum application, and the Board of Immigration Appeals summarily affirmed the result, without an opinion.  Ramos-Gomez petitions for review.

Having reviewed the record, we conclude substantial evidence supports the determination that Ramos-Gomez failed to demonstrate an objectively reasonable fear of particularized persecution on account of a protected ground.  See Lemus-Arita v. Sessions, 854 F.3d 476, 482-83 (8th Cir. 2017) (standard of review).  A reasonable fact finder could conclude, as the immigration judge did, that the harm Ramos-Gomez feared resulted from generalized violence, and that her fear was not objectively reasonable because she remained unharmed in Guatemala as a single mother with young children for over two years before leaving.  See id. at 482; Al Yatim v. Mukasey, 531 F.3d 584, 588-89 (8th Cir. 2008).

Accordingly, we deny the petition for review.

_____

[1]Ramos-Gomez's sons were derivative applicants on her asylum application. See 8 U.S.C. § 1158(b)(3)(A).  Ramos-Gomez concedes she does not seek withholding of removal or protection under the Convention Against Torture.